**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

JUDY GUZMAN, on behalf of       *
herself and all others          *
similarly situated,             *
                                *
    Plaintiffs,              *
                                *
v.                              *      CV 111-187
                                *
THE CONSUMER LAW GROUP, P.A.;   *
AMERICAN CREDIT COUNSELORS,     *
INC.; AMERICAN DEBT             *
NEGOTIATORS, INC.; BETOUCH      *
MANAGEMENT VENTURE COMPANY;     *
RAN BARNEA; DANIEL POST; and    *
MICHAEL METZNER;                *
                                *
    Defendants.              *

**O R D E R**

Pursuant to the Court's May 11, 2016 Order, the Court has approved the settlement between Plaintiffs and Defendants American Credit Counselors, American Debt Negotiators, Betouch Management Venture Company, Ran Barnea, and Daniel Post. (Doc. 226.) Defendants The Consumer Law Group, P.A. and Michael Metzner have not settled the claims against them.

In its February 12, 2016 Order preliminarily approving the settlement, the Court terminated the pending summary-judgment motions. (Doc. 220.) Now that Plaintiffs and the Settling Defendants have settled, the remaining Defendants and Plaintiffs may refile summary-judgment motions. Obviously, these motions

should address only claims and issues related to the remaining parties. If the parties wish to file new summary-judgment motions, they are instructed to do so within **sixty days from the date of this Order**. Alternatively, if the remaining parties do not wish to file summary-judgment motions, they are instructed to file a **joint status report within sixty days from the date of this Order** informing the Court as to how the parties intend to resolve the remaining issues.

Furthermore, on May 21, 2015, the Court permitted Defendants' previous counsel to withdraw and allowed Defendants until June 15, 2015 to retain new counsel. (Doc. 196.) A review of the docket indicates that Defendant The Consumer Law Group has not complied with that Order. Currently, The Consumer Law Group purports to be proceeding pro se. However, "[c]orporations and partnerships, both of which are fictional legal persons, obviously cannot appear for themselves personally." Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985) (citation omitted). The Consumer Law Group, therefore, cannot represent itself. The Consumer Law Group is **INSTRUCTED** to inform the Court about its legal representation within **fourteen days from the date of this Order**.

The Clerk is directed to mail a copy of this Order to:

The Consumer Law Group, P.A.
2001 West Sample Road
Suite 412
Pompano Beach, FL 33064

**and**

The Consumer Law Group, P.A.
2001 West Sample Road
Suite 412
Deerfield Beach, FL 33064

**ORDER ENTERED** at Augusta, Georgia this 26th day of May, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA